Case 2:21-cv-00284 Document 17 Filed on 06/21/22 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE LUIS ACUNA-GARZA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00284 |
| | § | |
| WARDEN COX ET AL, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On May 10, 2022, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation" (M&R, D.E. 15). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R.[1] Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 15), and all other relevant documents in the record, and

---

[1] Notice to Petitioner was returned to the Court because the last address he provided to the Court was his place of incarceration. As noted in the M&R, he has been released from incarceration. He did not provide the Court with a change of address.

finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Motion to Dismiss (D.E. 14) is **GRANTED** and this action is **DISMISSED** as moot.

ORDERED on June 21, 2022.

                                            NELVA GONZALES RAMOS
                                            UNITED STATES DISTRICT JUDGE